# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- | ) |
| | ) |
| IAP Worldwide Services, Inc. | ) ASBCA No. 60874-973 |
| | ) |
| Under Contract Nos. DAKF04-00-C-0002 | ) |
| W9124B-12-C-0004 | ) |

APPEARANCE FOR THE PETITIONER:     Dustin P. Monokian, Esq.
    Assistant General Counsel

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    CPT William T. Wicks, JA
    Trial Attorney

## ORDER PURSUANT TO RULE 1(a)(5)
## DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

On 14 November 2016, the contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on a 1 December 2015 claim for $627,867. The government has advised that a final decision on the claim will be issued by 13 January 2017. We deem this date reasonable. Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by 13 January 2017.

This Order completes all necessary action by the Board. If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5) and 7104.

Dated: 6 January 2017

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

I concur

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA 60874-973, Petition of IAP Worldwide Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2